William Moriarty v. Schenectady Illuminating Company.— Motion denied.

New Scotland Avenue Transportation Company, Respondent, v. United Traction Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Anthony Patrick, as Administrator, etc., of Joseph Vilkus, Deceased, Appellant, v. Atlas Knitting Company and The New York Central and Hudson River Railroad Company, Respondents.— Judgment and order affirmed, with costs. All concurred, except Howard, J., dissenting.

The People of the State of New York ex rel. John Burke v. Harry N. Hoffman and Others, as Police Commissioners of the City of Elmira, N. Y.— Motion denied.

The People of the State of New York v. Ward Toland.— Motion granted.

Edward Runge, Appellant, v. Irving C. Newton and Mortimer Y. Ferris, Respondents.— Interlocutory judgment affirmed, with costs, on the authority of *Kidder* v. *Port Henry Iron Ore Co.* (201 N. Y. 446), with the usual leave to plaintiff to amend complaint upon payment of costs of demurrer and of this appeal. All concurred.

Charles H. Turner, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion denied.

Sarah A. Watson v. Church of the Sacred Heart of Schenectady.— Motion granted, with ten dollars costs, unless the appellant has the printed case printed and served and stipulates that the case be put on the calendar of this term and ready for argument, in which case motion is denied.

Wallac Born and Others, Respondents, v. G. W. Perkins, as President of Cigar Makers' International Union of America, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mary Curtin v. Elmira Water, Light and Railroad Company.— Motion granted, without costs.

Rose Drusky, as Administratrix, etc., of Meyer Drusky, Deceased, v. Schenectady Railway Company.— Motion denied.

Edmond G. Geary, Appellant, v. Otto Singewald and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William M. Gregory, as Trustee in Bankruptcy of Charles J. Knapp and Others, v. Binghamton Trust Company and George C. Van Tuyl, Jr., as Superintendent of Banks of the State of New York.— Motion denied.

William F. Hinman, Doing Business in the City of Albany, New York, under the Firm Name and Style of W. C. Saxton & Co., Appellant, v. Foster-Scott Ice Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Le Roy M. Kellas, as Trustee in Bankruptcy for Patrick J. Murtaugh, v. John J. Sullivan and St. Andrew Roman Catholic Church.— Motion granted.

Claude C. Merrihew, Appellant, v. Cynthia Parrott and Others, Respondents.— Order settled.

In the Matter of the Claim of Rudolph E. Pritz, Respondent, for Compensation under the Workmen's Compensation Law, v. G. B. Beau-